# United States Court of Appeals for the Tenth Circuit
## OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Patrick J. Fisher, Jr.
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

August 30, 2005

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 31 2005

GREGORY C. LANGHAM
CLERK

Mr. Gregory C. Langham
Clerk
United States District Court for the District of Colorado
Alfred A. Arraj United States Courthouse
Room A105
901 19th Street
Denver, CO 80294-3589

Mr. Donald Ray Beierle
5400 Sheridan Blvd., #340
Arvada, CO 80002

Mr. Jonathan William Rauchway
Davis, Graham & Stubbs
1550 - 17th St.
#500
Denver, CO 80202

Mr. George Stivers Meyer
George S. Meyer, Attorney at Law
Special Asst. Attorney General
4105 East Florida
#300
Denver, CO 80222

    Re:    02-1502, Beierle v. CO Dept Corrections
           Dist/Ag docket: 99-B-746 (MJW),

Dear Counsel:

    The court filed an order today dismissing this case. A copy of the order is enclosed for all parties.

    Also enclosed for the district court clerk or for the named agency, is a certified copy of the dismissal order which is issued as the mandate of the court. Please file it in the records of the district court or agency.

Please contact this office if you have questions.

                                           Sincerely,

                                         PATRICK FISHER
                                            Clerk

                                     By:
                                            Deputy Clerk

PF:na

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

DONALD RAY BEIERLE,

    Plaintiff - Appellant,

v.

COLORADO DEPARTMENT OF
CORRECTIONS; DALE SPENGLER, in
his individual and official capacities;
JOHN MCGILL, in his individual and
official capacities,

    Defendants - Appellees.

No. 02-1502

A true copy
Teste
  Patrick Fisher
  Clerk, U. S. Court of
  Appeals, Tenth Circuit
By
    Deputy Clerk

ORDER

Filed August 30, 2005

Before **TACHA**, Chief Circuit Judge, **MURPHY** and **TYMKOVICH**, Circuit Judges.

    This matter is before the court following receipt of Appellees' Motion to Dismiss and Appellant's Response. Upon review of Appellant's August 25, 2005, response, the motion to dismiss is granted on the grounds of mootness. Appellant does oppose the motion.

    The mandate shall issue forthwith.

Entered for the Court
PATRICK FISHER, Clerk of Court

by:
Deputy Clerk